UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY SYLVESTER (#78014)

VERSUS

FRANK POLOZOLA ET AL

CIVIL ACTION

NO. 10-119-BAJ-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 26, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's action shall be dismissed as legally frivolous pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, August 31, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA