UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY SYLVESTER (#78014)

VERSUS

FRANK POLOZOLA ET AL

CIVIL ACTION

NO. 10-119-BAJ-DLD

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's action is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, August 31, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA